# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Bowling Green Division**

| | | | |
|---|---|---|---|
| Christopher Mooneyham<br>*Plaintiff* | ) ) ) | | |
| v. | ) ) | Case No. | 1:14-cv-00179-GNS |
| GLA Collection Co., Inc., *et al.*<br>*Defendants* | ) ) ) ) | | |

### NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff hereby notifies the Court that Plaintiff has settled all claims he has against the remaining Defendants GLA Collection Co. and CMRE Financial Services, Inc. Once the settlements are finalized, the parties will file Joint Stipulations of Dismissal with Prejudice. Entry of the dismissals will resolve all matters in this case.

Respectfully Submitted,

_____
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Suite #4
Louisville, KY 40207
(502) 473-6525
Email: james@kyclc.com

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of August, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic to all counsel and parties of record.

      /s/ James H. Lawson
      James H. Lawson
      *Counsel for Plaintiff*