UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| CHRISTOPHER MOONEYHAM | ) |
| Plaintiff | ) |
| vs. | ) CASE NO. 1:14-cv-00179-GNS-HBB |
| GLA COLLECTION CO., INC., et al | ) |
| Defendants | ) |

## ORDER OF DISMISSAL

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that matters in controversy in the above-entitled cause of action involving the Plaintiff, Christopher Mooneyham, and the Defendant, GLA Collection Co., Inc., including all claims contained in Plaintiff's Complaint as directed against the Defendant, GLA Collection Co., Inc., have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal, and it is

**ORDERED** by the Court that this cause be and the same hereby is dismissed with prejudice as to GLA Collection Co., Inc., and said parties to pay their own costs.

**Greg N. Stivers, Judge**
**United States District Court**

September 28, 2015